*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 19, 2015                518141
_____

In the Matter of MARKEITH BOYD,
                    Appellant,

        v
                                        MEMORANDUM AND ORDER

PRISCILLA A. LEDBETTER, as
    Director of Temporary
    Release Programs,
                    Respondent.
_____

Calendar Date:  January 20, 2015

Before:  Garry, J.P., Rose, Devine and Clark, JJ.

                    _____


        Markeith Boyd, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Jonathan D.
Hitsous of counsel), for respondent.

                    _____


        Appeal from a judgment of the Supreme Court (Lynch, J.),
entered November 18, 2013 in Albany County, which, in a
proceeding pursuant to CPLR article 78, granted respondent's
motion to dismiss the petition.

        Petitioner commenced this CPLR article 78 proceeding
challenging the January 2013 denial of his application for
participation in a temporary work release program.  The Attorney
General has advised this Court that petitioner has since been
released on parole.  Inasmuch as petitioner is no longer
incarcerated and can no longer be aggrieved, this appeal must be
dismissed as moot (see Matter of Shell v New York State Dept. of
Corrections Temporary Release Program, 26 AD3d 537, 537 [2006]).

-2-                          518141

Garry, J.P., Rose, Devine and Clark, JJ., concur.


ORDERED that the appeal is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court